ANNA GOLDBLATT, as Administratrix of the Estate of MAX GOLDBLATT, Deceased, Appellant, *v.* ANTONIO TABACCO, et al., Defendants, and CORBETTA CONSTRUCTION Co., INC., Respondent.

Argued May 17, 1949; decided May 26, 1949.

*David I. Shivitz* and *Edmund B. Hennefeld* for appellant.

*John F. X. Finn* and *Carmelo J. Pernicone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.